UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCISCO CARVAJAL JR. (son), as Administrator of the Estate of FRANCISCO CARVAJAL SR., and FRANCISCO CARVAJAL JR. Individually,<br><br>                                       Plaintiffs,<br><br>- against -<br><br>THE CITY OF NEW YORK, et al.,<br><br>                                       Defendants. | **STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>16-CV-5410 (AMD)(PK) |

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and between counsel for the parties herein, that any and all of the claims that were asserted or could have been asserted on behalf of the plaintiffs FRANCISCO CARVAJAL, JR., AS ADMINISTRATOR OF THE ESTATE OF FRANCISCO CARVAJAL SR. and FRANCISCO CARVAJAL, JR., INDIVIDUALLY, against defendants PATRICK GOLDEN, CHRISTOPHER DONOHUE, ASHELY VANGER, CHRISTOPHER COLLYER, JACQUELINE BARRANCO, LOUIS DEFRANCO and THE CITY OF NEW YORK including their successors and assignees, and all past and present officials, employees, representatives and agents of the City, for any and all claims arising out of the events alleged in the Amended Complaint in this matter, are hereby dismissed and discontinued, <u>with</u> prejudice, and without

costs or attorney's fees to either party.

Dated:  New York, New York
        May 30, 2017

**RUDY VELEZ ESQ.**
*Attorneys for Plaintiffs*
930 Grand Concourse
Suite 1A
Bronx, NY 10451

By: _____
    RUDY VELEZ

**ZACHARY W. CARTER**
Corporation Counsel of the City of New York
*Attorney for Defendants*
100 Church Street
New York, New York 10007

By: _____
    CAROLYN K. DEPOIAN
    Senior Counsel

**SO ORDERED:**

_____
HONORABLE ANN M. DONNELLY
United States District Judge